```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02845-JJT
Jack Charles Miller                                                 Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: TWilson          Page 1 of 1          Date Rcvd: Aug 18, 2017
                             Form ID: pdf010        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
```
db              +Jack Charles Miller,    399 Old River Road,    Thornhurst, PA 18424-7624
4943290          Geisinger,   100 North Academy Ave,    Danville PA 17822-3941
4956325          Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-4938
4943291         +Lackawanna County Tax Claim Bureau,    135 Jefferson Avenue #101,    Scranton PA 18503-1716
4943738         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4943293         +Portnoff Law Associates, LTD,    2700 Horizon Drive,    Suite 100,
                  King of Prusia, PA 19406-2726
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4943292          E-mail/Text: camanagement@mtb.com Aug 18 2017 19:04:53      M&T Bank,    PO Box 62146,
                  Baltimore, MD 21264-2146
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor Jack Charles Miller johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 5:17-bk-02845
JACK MILLER :
      Debtor : CHAPTER 13

**ORDER**

A Motion to Dismiss the above captioned case having been filed by Debtor, it is

ORDERED that the above captioned case is dismissed.

Dated: August 18, 2017

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RPR)